**Order entered March 12, 2020**



**In The**

**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-19-01547-CV

### TARSHA JOHNSON, Appellant

### V.

### JILLIAN TOWNSEND, Appellee

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-08617**

## ORDER

Before the Court is appellant's March 10, 2020 unopposed motion for extension of time to file her brief. Appellant explains the extension is necessary because she has requested the official court reporter to supplement the reporter's record with exhibits which have not been filed.

We note the requested record was filed March 11, 2020. Accordingly, we **GRANT** the motion to the extent we **ORDER** appellant to file her brief no later than April 13, 2020.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE